# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ED CR 17-0106 FMO |
| Plaintiff, | |
| v. | **ORDER RE: EVIDENTIARY HEARING** |
| ESTEBAN RODRIGUEZ, JR., | |
| Defendant. | |

Having reviewed the briefing filed in connection with defendant's Motion to Suppress, (Dkt. 94, "Motion"), the court is persuaded that an evidentiary hearing is necessary to resolve the Motion. Accordingly, IT IS ORDERED THAT:

1. An evidentiary hearing is set for **November 20, 2019,** at **2:30 p.m.** At a minimum, the government shall produce the following witnesses for the evidentiary hearing: Deputy Sheriff Ned Hyduke of the Riverside County Sheriff's Department and Officer Brieda of the Beaumont Police Department.

2. The government shall, no later than **November 13, 2019**, produce to defense counsel all records relating to the training and reliability of "Woody," the drug canine.

Dated this 7th day of November, 2019.

/s/
Fernando M. Olguin
United States District Judge